# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## CASE NO. 3:21-CV-589-RJC-DCK

| | |
|---|---|
| **ELLEN HICKS, and JAMIE SHERMAN,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **DIRECT HIT LOGISTICS, INC., and DHL** ) | |
| **EXPRESS (USA) INC., d/b/a DHL EXPRESS,** ) | |
| ) | |
| **Defendants**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Rebecca M. Mitchell, concerning Linda C. Schoonmaker, on February 17, 2022. Linda C. Schoonmaker seeks to appear as counsel *pro hac vice* for Defendant DHL Express (USA) Inc., d/b/a DHL Express. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Linda C. Schoonmaker is hereby admitted *pro hac vice* to represent Defendant DHL Express (USA) Inc., d/b/a DHL Express.

**SO ORDERED**.

Signed: February 17, 2022

David C. Keesler
United States Magistrate Judge